ISIDORE SUMBERG, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of WILLIAM B. SMITH, as Executor, etc., of ALICE S. MUDGE, Deceased, and an Application for a Construction of the Will and Codicil Thereto. GEORGE W. SLATER and Others, Distributees, Appellants; WILLIAM B. SMITH, as Executor, etc., of ALICE S. MUDGE, Deceased, and Another, Respondents.— Decree unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J, O'Malley, Glennon, Cohn and Callahan, JJ.

ELISE LEVY, Appellant, and SYLVAN LEVY, Plaintiff, v. MILES' SHOES, INCORPORATED, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

HELEN NAGY, Respondent, v. EMERICH NAGY, Appellant.— Judgment unanimously modified by reducing the amount of allowance to be paid to the plaintiff for her support and maintenance to the sum of seven dollars and fifty cents per week, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

57 WEST 75TH STREET CORPORATION, Appellant, v. THE BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

FLORENCE TUCCIARONE, Appellant, v. VINCENT J. GANGI and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

ABRAHAM GREEN, Suing on His Own Behalf and that of Other Stockholders Similarly Situated, Appellant, v. EDWARD V. LOUGHLIN and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

SNOW & COMPANY, INC., Respondent, v. PACIFIC FINANCE CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application to Compel Payment in the Estate of JOSEPH FISCHER, Deceased. EMANUEL FISCHER and MILDRED SCHRAM GOLDEN, Appellants; LEILA F. DUNLAP, as an Executrix and Trustee, etc., of JOSEPH FISCHER, Deceased, Respondent, and FRANK FISCHER and ARTHUR FISCHER, as Executors and Trustees, etc.— Order unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.